

August 13, 2013

Clerk, United States Bankruptcy Court
Southern District of Texas
Houston Division

**REQUEST FOR SERVICE OF NOTICES**

RE:  Debtor(s)         :   Charles Ray Mosely
     Case Number       :   13-34674
     Chapter           :   7
     Secured Creditor  :   PennyMac Loan Services, LLC
     Loan Number       :   8558

Dear Sir / Madam:

    Would you please add the following interested party to the mailing / service list in the above referenced case:

        PennyMac Loan Services, LLC
        c/o Aldridge Connors LLP
        Bankruptcy Department
        Fifteen Piedmont Center
        3575 Piedmont Road, N.E., Suite 500
        Atlanta, GA 30305

    Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

        Very Truly Yours,

        /s/ John D. Schlotter
        John D. Schlotter, Esq.
        Agent for PennyMac Loan Services, LLC

cc:  Debtor's Counsel
     Trustee
     United States Trustee

        Fifteen Piedmont Center
        3575 Piedmont Road, N.E.
        Suite 500
        Atlanta, GA 30305
        P:  404~994~7400
        F:  888~246~7307