IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-34674 |
| CHARLES RAY MOSELY | § | (Chapter 7) |
| DEBTOR | | |

ORDER GRANTING RELIEF FROM AUTOMATIC STAY AFTER HEARING
[FORM SUBMITTED WITH ORIGINAL MOTION AND BROUGHT TO HEARING]
(This Order Resolves Docket # ____)

PNMAC Mortgage Opportunity Fund Investors, LLC, its successors in interest and/or assignees ("Movant") filed a motion for relief from the automatic stay against 3005 Nita St. Houston, TX 77051. The West 33 feet of Lot Twenty-seven (27) and the adjoining East 22 feet of Lot Twenty-eight (28), in Block Twenty-four (24) of REEDWOODS, an addition in Harris County, Texas according to the map or plat thereof recorded in Volume 42, Page 71 of the Map Records of Harris County, Texas. (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____   Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____   The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____   The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____   After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____   No timely response was filed. Accordingly, the motion is granted by default.

_____   As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____   Movant is awarded attorneys fees in the amount of $_____.

_____   The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.