IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 13-34674 |
| CHARLES RAY MOSELY | § | |
| DEBTOR(S) | § | |
| | § | |
| | § | CHAPTER 7 |

### REQUEST FOR NOTICES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, the undersigned attorney who requests that all notices in the above-encaptioned matter be copied to Shapiro Schwartz, LLP as follows:

**Shapiro Schwartz, LLP**
**5450 NW Central Drive**
**Suite 307**
**Houston, TX 77092**

Respectfully submitted,
SHAPIRO SCHWARTZ, LLP


By: */s/Kirk A. Schwartz*
State Bar No. 24004908
5450 NW Central Drive, Suite 307
Houston, TX 77092
Telephone 713-933-1577
Facsimile 847-879-4856
Email kschwartz@logs.com
Attorneys for Movant Aldridge Connors, LLP as Mortgage Servicer for PNMAC Mortgage Opportunity Fund Investors, LLC
SS Number:  13-012542